**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NORRIS E. CATHEY** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO.:** 3:16cv272-MPM-RP

**CITY OF SENATOBIA, MISSISSIPPI**

**DEFENDANTS**

**JURY TRIAL DEMANDED**

**COMPLAINT**

This is an action to recover actual damages for discrimination based upon race and for retaliation. The following facts support the action:

1. Plaintiff, Norris E. Cathey, is an adult resident citizen of 785 Fulmer Road, Como, Mississippi 38619. Mr. Cathey is a black male.

2. Defendant, CITY OF SENATOBIA, MISSISSIPPI, is a political subdivision of the State of Mississippi. It may be served with process upon its Mayor, Alan Callicott, at 133 N. Front Street, Senatobia, Mississippi 38668.

3. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 U.S.C. § 1343, for a cause of action arising under the Title VII of The Civil Rights Act of 1964, and 42 U.S.C. § 1981. This lawsuit is authorized and instituted pursuant to 42 U.S.C. § 1983. This Court has authority to award costs and attorney's fees under 42 U.S.C. § 1988.

4. Venue is proper in this action pursuant to 28 U.S.C. § 1391 because the events or

omissions giving rise to Plaintiff's claims occurred in Senatobia, Tate County, Mississippi, which is within the Northern District of Mississippi, Oxford Division.

5. Plaintiff was hired as an employee in water department by the City of Senatobia, Public Works Department in October 1996. He became Street Supervisor of the City of Senatobia Public Works Department in 2006. He was promoted to Garbage Truck supervisor shortly before the facts that give rise this action.

6. Plaintiff was the only black supervisor in the Public Works Department.

7. Plaintiff was in charge of supervising both black and white employees.

8. Jeff Rich was the Superintendent for the Defendant at all times relevant to the facts in this case.

9. Jeff Rich would treat Plaintiff differently than similarly situated white supervisors under his supervision by pulling men under Plaintiff's supervision to help in other areas or to perform personal errands requested by the Mayor. Rich did not pull the employees from the white supervisors.

10. Plaintiff contends that Rich and/or the Mayor did not like the white employees under Plaintiff's supervision having to answer to him, a black man.

11. Plaintiff complained to Rich and the Mayor about pulling his employees to perform other tasks as it affected the ability of Plaintiff to be sure the jobs under his supervision were completed.

12. On or about August 5, 2014, Mr. Cathey was demoted from the position of street supervisor to an employee of the street department for the city of Senatobia. Mr. Cathey pay was decreased by $4.00 an hour. All of his supervisory responsibilities were removed with this

demotion.

13. Mayor Allan Callicott (WM) told the Board of Alderman for the City of Senatobia that Mr. Cathey called Superintendent Jeff Rich (WM) an "MF", which Mr. Cathey denies.

14. Senatobia Superintendent Jeff Rich also reported to the City of Senatobia Board of Alderman that Mr. Cathey never called him that expletive.

15. Mr. Cathey was informed that he was getting demoted because he cursed the Superintendent.

16. Mr. Cathey is aware of David Cook (WM) and Blake Taylor (WM) who cursed the superintendent several times and they were not demoted or disciplined for their actions.

17. However, Superintendent Rich did not want Mr. Cathey to supervise any of the white employees and constantly undermined Mr. Cathey's supervisory authority.

18. Plaintiff thereafter filed a Charge of Discrimination with the Equal Employment Opportunity Commission on January 22, 2015, alleging that he had been discriminated against by the City of Senatobia, Mississippi when demoted him and treated him in a less favorable fashion than similarly situated white supervisors under Jeff Rich. See Exhibit A, Charge of Discrimination.

19. On May 6, 2016, Plaintiff was terminated in retaliation for filing a Charge of Discrimination.

20. On August 29, 2016, the EEOC issued Mr. Cathey a Notice of Suit Rights. See Exhibit B.

21. Plaintiff was discriminated against based upon his race (black) in violation of 42 U.S.C. § 2000e, Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. § 1981.

3

22. As a consequence of the foregoing misconduct by the City of Senatobia, Mississippi, Plaintiff Cathey has suffered mental anxiety and stress and loss of income as a result of the Defendant's actions.

## REQUEST FOR RELIEF

Plaintiff prays for actual damages in an amount to be determined by a jury, for reinstatement to his former supervisor position, interest, and for reasonable attorney's fees.

THIS the 21st November, 2016.

Respectfully submitted,
NORRIS CATHEY

BY: */s/ Kristy L. Bennett*
Kristy L. Bennett BPR #99525
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104
(901) 402-6515 (direct)
(901) 462-8629 (fax)
kristy@myjbfirm.com

4